IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| Scott Foster,<br><br>                Plaintiff,<br><br>vs.<br><br>Citibank, N.A., and DOES 1-10,<br><br>                Defendants. | Civil Action No. 16-cv-00775-CCE-JEP<br><br>**NOTICE OF SETTLEMENT** |

     Pursuant to LR83.3, Defendant, Citibank, N.A., by and through its undersigned counsel, hereby notifies the Court that it has reached a settlement as to all claims pending in this action, and the parties intend to file a stipulation of dismissal within thirty (30) days of this Notice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

     Respectfully submitted this the 10th day of August, 2016.

                              /s/ Christopher J. Blake
                              Christopher J. Blake, Bar No. 16433
                              D. Martin Warf, Bar No. 32982
                              Attorneys for Defendant Citibank, N.A.
                              Nelson Mullins Riley & Scarborough LLP
                              4140 Parklake Avenue, Suite 200
                              Raleigh, NC 27612
                              Telephone: (919) 877-3800
                              E-mail: chris.blake@nelsonmullins.com
                              E-mail: martin.warf@nelsonmullins.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true copy of the foregoing was served by electronic mail and by depositing a copy thereof in the United States mail, first class, postage prepaid, addressed to:

Scott A. Foster
9500 Sertoma Road
Chapel Hill, NC 27516
saf27516@gmail.com
*Pro Se Plaintiff*

This the 10th day of August, 2016.

/s/ Christopher J. Blake
Christopher J. Blake, Bar No. 16433
Attorney for Defendant Citibank, N.A.
Nelson Mullins Riley & Scarborough LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
Telephone: (919) 877-3800
E-mail: chris.blake@nelsonmullins.com