IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| Scott Foster,<br><br>                      Plaintiff,<br><br>vs.<br><br>Citibank, N.A., and DOES 1-10,<br><br>                      Defendants. | Civil Action No. 16-cv-00775-CCE-JEP<br><br>**STIPULATION OF DISMISSAL,<br>WITH PREJUDICE** |

      Pursuant the stipulation of the parties, as evidenced by their signatures hereto, Plaintiff hereby dismisses all claims in this action, with prejudice.

DATED this 27 day of JULY, 2016

IT IS SO STIPULATED:

_____
SCOTT FOSTER, Plaintiff

Appearing Pro Se



_____
Christopher J. Blake, Bar No. 16433
D. Martin Warf, Bar No. 32982
Attorneys for Defendant Citibank, N.A.
Nelson Mullins Riley & Scarborough LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
Telephone: (919) 877-3800
E-mail: chris.blake@nelsonmullins.com
E-mail: martin.warf@nelsonmullins.com

Counsel for Defendant Citibank, NA

7

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true copy of the foregoing was served by electronic mail and by depositing a copy thereof in the United States mail, first class, postage prepaid, addressed to:

Scott A. Foster
9500 Sertoma Road
Chapel Hill, NC  27516
saf27516@gmail.com
*Pro Se Plaintiff*

This the 11th day of August, 2016.

/s/ Christopher J. Blake
Christopher J. Blake, Bar No. 16433
Attorney for Defendant Citibank, N.A.
Nelson Mullins Riley & Scarborough LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
Telephone:  (919) 877-3800
E-mail:  chris.blake@nelsonmullins.com